UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE S. LOUIE,<br><br>             Plaintiff,<br><br>       v.<br><br>COUNTY OF SACRAMENTO,<br><br>             Defendant. | No.  2:12-cv-3081 KJM CKD PS<br><br><br>SUGGESTION OF DEATH UPON THE RECORD AND ORDER |

     Plaintiff, proceeding pro se, filed this action alleging a claim under the Americans and with Disabilties Act and related claims.  It appears plaintiff is deceased.  See Louie v. Stomer Family 2000 Revocable Trust, et al., case no. 2:11-cv-0108 JAM KJN PS (E.D. Cal.), ECF No. 116.  No motion for substitution by the decedent's successor or representative has been filed.  See Fed. R. Civ. P. 25(a).

     Accordingly, IT IS HEREBY ORDERED that:

     1.  Plaintiff's successor or representative shall file a motion for substitution within ninety days from the date of this order.  Failure to file said motion shall result in a recommendation that the action be dismissed.

/////

/////

/////

1

2. The Clerk of Court is directed to serve a courtesy copy of this order on counsel in case no. 2:12-cv-3056 KJM CKD.

Dated: July 11, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 louie3081.death