| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | IN THE UNITED STATES DISTRICT COURT | |
| 9 | EASTERN DISTRICT OF CALIFORNIA | |

CENTER FOR INDEPENDENT LIVING, et al.,

        Plaintiffs,                No. CIV S 12-3056 KJM GGH

    v.

COUNTY OF SACRAMENTO,        ORDER

        Defendant.
_____/

GEORGE S. LOUIE,

        Plaintiff,                 No. CIV S 12-3081 KJM CKD PS

    v.

COUNTY OF SACRAMENTO,

        Defendant.
_____/

        On January 23, 2013, defendant County of Sacramento filed a motion to consolidate these two cases, both of which alleged that Terminal B at Sacramento International Airport fails to comply with the Americans with Disabilities Act, the Rehabilitation Act, and several California statutes. The court submitted the motion without argument.

1         On July 11, 2013, a suggestion of plaintiff Louie's death was filed on the record.
2 ECF No. 20. Accordingly, the motion to consolidate is denied as moot, subject to being refiled if
3 decedent's successor or representative is substituted in plaintiff Louie's place.

4         IT IS THEREFORE ORDERED that:

5         1. Defendant's motion to consolidate, ECF No. 6, is denied as moot; and

6         2. The case is set for pretrial scheduling conference on August 22, 2013 at
7 2:30 p.m. The parties' joint status report is due no later than August 15, 2013.

8 DATED: July 30, 2013.

                                              UNITED STATES DISTRICT JUDGE