IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CENTER FOR INDEPENDENT LIVING, et al., | | |
| | Plaintiffs, | No. CIV S 12-3056 KJM GGH |
| v. | | ORDER |
| COUNTY OF SACRAMENTO, | | |
| | Defendant. | |
| _____/ | | |
| GEORGE S. LOUIE, | | |
| | Plaintiff, | No. CIV S 12-3081 KJM CKD PS |
| v. | | |
| COUNTY OF SACRAMENTO, | | |
| | Defendant. | |
| _____/ | | |

On January 23, 2013, defendant County of Sacramento filed a motion to consolidate these two cases, both of which alleged that Terminal B at Sacramento International Airport fails to comply with the Americans with Disabilities Act, the Rehabilitation Act, and several California statutes. The court submitted the motion without argument.

1

1         On July 11, 2013, a suggestion of plaintiff Louie's death was filed on the record.

2 ECF No. 20.  Accordingly, the motion to consolidate is denied as moot, subject to being refiled if

3 decedent's successor or representative is substituted in plaintiff Louie's place.

4         IT IS THEREFORE ORDERED that:

5         1.  Defendant's motion to consolidate, ECF No. 6, is denied as moot; and

6         2.  The case is set for pretrial scheduling conference on August 22, 2013 at

7 2:30 p.m.  The parties' joint status report is due no later than August 15, 2013.

8 DATED: July 30, 2013.

                                                UNITED STATES DISTRICT JUDGE