UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE LOUIE, | No. 2:12-cv-3081 KJM CKD PS |
| Plaintiff, | |
| v. | <u>FINDINGS AND RECOMMENDATIONS</u> |
| COUNTY OF SACRAMENTO, | |
| Defendant. | |

    Plaintiff, proceeding pro se, filed this action alleging a claim under the Americans and with Disabilties Act and related claims. Plaintiff is deceased. <u>See</u> <u>Louie v. Stomer Family 2000 Revocable Trust, et al.</u>, case no. 2:11-cv-0108 JAM KJN PS (E.D. Cal.), ECF No. 116. On July 11, 2013, a suggestion of death upon the record was filed and the court ordered plaintiff's successor or representative to file a motion for substitution within ninety days. ECF No. 15. That time has now passed and no motion for substitution by the decedent's successor or representative has been filed. <u>See</u> Fed. R. Civ. P. 25(a).

    Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

"Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: October 11, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 louie3081.death.57